# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-52702
Case Name: MARUNA, DAVID & SANDRA
Trustee Name: Robert S. Thomas II

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | Robert S. Thomas II | $ 600.14 | $ 44.52 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

2010 SEP 16 PM 1:22
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON
FILED

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 177,414.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 7,942.98 | $ 78.61 |
| 2 | DISCOVER BANK | $ 9,182.65 | $ 90.88 |
| 3 | Chase Bank USA, N.A. | $ 11,947.35 | $ 118.24 |
| 4 | Chase Bank USA, N.A. | $ 15,135.50 | $ 149.80 |
| 5 | Chase Bank USA, N.A. | $ 21,962.01 | $ 217.36 |
| 6 | Chase Bank USA, N.A. | $ 11,305.80 | $ 111.90 |
| 7 | PYOD LLC its successors and assigns | $ 2,523.65 | $ 24.98 |
| 8 | PYOD LLC its successors and assigns | $ 15,747.30 | $ 155.85 |
| 9 | PYOD LLC its successors and assigns | $ 26,373.03 | $ 261.02 |
| 10 | PYOD LLC its successors and assigns | $ 8,357.18 | $ 82.71 |

**UST Form 101-7-TFR (9/1/2009)**

| | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 11 | PYOD LLC its successors and assigns | $ 2,179.86 | $ 21.57 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 9,511.17 | $ 94.13 |
| 13 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 4,188.77 | $ 41.46 |
| 14 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 18,884.12 | $ 186.90 |
| 15 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 7,455.47 | $ 73.79 |
| ~~17~~ | ~~U.S. Bank N.A.~~ | $ 490.83 | $ (4.86) |
| ~~18~~ | ~~U.S. Bank N.A.~~ | $ 4,000.02 | 39.59 |
| ~~19~~ | ~~Recovery Management Systems Corporation~~ | $ 227.09 | $ (2.25) |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

#7.11

Tardily filed general (unsecured) claims are as follows:

Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment

                             N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment

                             N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

ck #119
receipt #81779

UST Form 101-7-TFR (9/1/2009)

09-52702-mss   Doc 30   FILED 08/09/10   ENTERED 08/09/10 10:35:09   Page 14 of 14
09-52702-mss   Doc 36   FILED 09/16/10   ENTERED 09/16/10 14:35:52   Page 3 of 3